*In re* José Salich Martínez.

*Número:* AB-90-79          *Resuelto:* 5 de noviembre de 1993

*José E. Salich Martínez, pro se; Govén D. Martínez Surís, Director de la Oficina de Inspección de Notarías, Reina Co-*

lón de Rodríguez, *Subprocuradora General Interina, Iván F. Fuster Lebrón, Procurador General Auxiliar,* abogados de El Pueblo.

## RESOLUCIÓN

Examinada la petición de reinstalación como abogado y notario presentada el 9 de julio de 1993 por el Sr. José E. Salich Martínez, se accede a lo solicitado y se autoriza su reinstalación al ejercicio de la profesión de abogado y notario a partir de 5 de noviembre de 1993, previo el cumplimiento de los trámites necesarios para ello.

*Esta resolución se publicará.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*